**A. L. Williams, defendant in error, v. Yellow Cab Company, plaintiff in error. Gen. No. 30,000.**

Action to recover damages to automobile. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. John J. Lupe,

Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on remittitur. Opinion filed October 6, 1925.

McGreaham, Blake & Sharp, for plaintiff in error. No appearance for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.